No. 783, Misc. NEWMAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 810, Misc. HOLLOWAY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 812, Misc. CONVERSE *v.* MENTAL HYGIENE DEPARTMENT OF CALIFORNIA ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 823, Misc. BARBOUR *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace J. Donnelly, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 827, Misc. HOWELL *v.* BENNETT, WARDEN. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se. Norman A. Erbe,* Attorney General of Iowa, for respondent.

No. 836, Misc. YOUNGER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.